**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PAUL M. GONZALES, | |
| Plaintiff, | 2:14-cv-00088-GMN-VCF |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. | |

Before the court is the Motion for Leave to Amend Green Tree Servicing LLC's Answer to Complaint (#14).

To date, no opposition has been filed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Here, it would seem that Plaintiff has consented to the granting of the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion for Leave to Amend Green Tree Servicing LLC's Answer to Complaint (#14) is GRANTED.

IT IS FURTHER ORDERED that the proposed amended answer attached as Exhibit A to the motion for leave to amend (#14-1) must be filed and served by April 13, 2015.

DATED this 6th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE