CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 946-0887
Email: attcbf@cox.net

and

LUCIUS J. WALLACE [OK Bar No. 16070]
ROBERT DAVID HUMPHREYS [OK Bar No. 12346]
Humphreys Wallace Humphreys P.C.
9202 South Toledo Avenue
Tulsa, Oklahoma 74137
Tel: 918-747-5300; Fax:
Email: Luke@hwh-law.com / David@hwh-law.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. GONZALES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC; DOE DEFENDANTS I through V; ROE DEFENDANTS VI through X, inclusive,<br><br>　　　　Defendants. | CASE NO.:　2:14-cv-0088-GMN-VCF<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants, by and through their respective attorneys, that the time for Plaintiff's response to Defendants' Motion for Judgment on the Pleadings (dkt # 20 & 25),

///
///
///
///
///
///

1  currently due on June 2, 2015, shall be extended to June 12, 2015.

2        DATED this 29th day of May 2015.

3                                            BROOKS HUBLEY LLP

/s/ *Craig Friedberg*                   /s/ *Gregg Hubley*
CRAIG B. FRIEDBERG           GREGG A. HUBLEY
4760 S. Pecos Rd., Suite 103      1645 Village Center Circle, Suite 200
Las Vegas, NV 89121             Las Vegas, NV 89134
and
Lucius J. Wallace                   *Attorneys for Defendant Green*
Robert David Humphreys          *Tree Servicing, LLC*
Humphreys Wallace Humphreys P.C.
9202 S. Toledo Ave.
Tulsa, Ok 74137                    AKERMAN, LLP

*Attorneys for Plaintiff*               /s/ *Darren Brenner*
                                      DARREN T. BRENNER
                                      1160 Town Center Dr., Suite 330
                                      Las Vegas, NV 89144

                                      *Attorneys for Defendant Bank of*
                                      *America, N.A.*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 06/02/2015**

- 2 -