DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC; DOE DEFENDANTS I through V; ROE DEFENDANTS VI through X, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-0088 -GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>(Third Request) |

Pursuant to Local Rules 6-1, 6-2 and 7-1, all parties, through their respective counsel of record, enter this stipulation to extend the current scheduling order deadlines for discovery by sixty (60) days. This is the third request for an extension. In support of this request, the parties represent the following to the Court:

The Court granted the parties' first request for an extension of discovery deadlines and scheduled the last day for discovery to be June 5, 2015. [ECF No. 13.] The Court granted a second request for an extension of discovery deadlines on May 18, 2015, and scheduled the last day for

{32974708;1}

discovery to be July 6, 2015. [ECF No. 21.] On May 27, 2015, the Court granted the petitions of Robert Humphreys and Lucius Wallace to appear pro hac vice as counsel for Plaintiff. [ECF Nos. 26-27.] In light of the appearance of new counsel for Plaintiffs and the extent of the discovery requests that have been propounded, the parties respectfully request an additional sixty (60) days to complete discovery in this matter. An additional extension will aid in judicial economy by giving the parties additional time to work out discovery disputes that have arisen without court involvement.

The parties ask for the Court's forgiveness for not having this request filed on June 15, 2015, the required three (3) weeks, under LR 26-4, before the discovery deadline, to request this sixty (60) day extension. The parties were not aware until more recently of the extent of the discovery disputes that remain to be resolved.

**A. Statement Specifying the Discovery Completed.**

All initial disclosures and early production of documents have been exchanged. Plaintiff has responded to Bank of America, N.A.'s (**BANA**) first set of interrogatories and first set of request for production of documents. Plaintiff has also responded to Green Tree Servicing, LLC's (**Green Tree**) first set of production of documents.

BANA has responded to Plaintiff's first and second requests for production of documents, Plaintiff's first set of interrogatories, and Plaintiff's first set of requests for admission. Green Tree has also responded to Plaintiff's first and second requests for production of documents and Plaintiff's first set of interrogatories.

**B. A Specific Description of the Discovery that Remains to be Completed.**

Plaintiff has scheduled the 30(b)(6) deposition of BANA for June 30, 2015 and Green Tree on July 2, 2015. BANA also intends to take the deposition of the plaintiff. Plaintiff has requested that BANA and Green Tree supplement their discovery responses and document production, and the defendants are evaluating the supplementation requests. Plaintiff also circulated a proposed protective order on June 11, 2015 and is awaiting responses from BANA and Green Tree.

///

**C. The Reasons Why the Deadline Was Not Satisfied or the Remaining Discovery Was Not Completed Within the Time Limits Set by the Discovery Plan.**

The parties are unable to satisfy the deadlines as originally scheduled because there are ongoing disputes regarding the discovery that has been completed to date, and the parties are still working to resolve these disputes. Specifically, Plaintiff has asked Green Tree and BANA to supplement their discovery production. In light of the large number of document requests served on the parties (105 requests on Green Tree and 103 requests on BANA), it is taking the parties longer than anticipated to review the discovery completed to date and determine whether it is appropriate to produce additional documents and/or privilege logs. Further, both Green Tree and BANA have served objections to the scope of the topics contained in Plaintiff's deposition notices, and in response to these objections, Plaintiff has drafted a proposed protective order, which terms are still being evaluated. The parties require additional time to reach an agreement as to the topics that are appropriate and the terms of a protective order, which the parties hope will obviate the need for motions for protective orders or court intervention.

Additionally, Plaintiff served deposition subpoenas duces tecum on Experian, Trans Union and Equifax (scheduled for May 29, 2015), on a lender who denied Plaintiff a loan (scheduled for June 4, 2015) and on Plaintiff's banking institution (set for June 5, 2015), all of which needed to be continued to allow the deponents additional time to comply with the subpoenas. At present, most of the deponents have either not produced documents or have not fully complied with the subpoenas so as to allow the depositions to move forward. The additional time requested will allow Plaintiff more time to work to resolve these issues without court intervention.

**D. A Proposed Schedule for Completing All Remaining Discovery**

Accordingly, the parties agree to extend the following discovery deadlines about sixty days:

1. Discovery Cutoff Date: **September 4, 2015**

2. Dispositive Motions: **October 5, 2015**

3. Joint Pretrial Order: **November 4, 2015**, or in the event Dispositive Motions are filed, the

{32974708;1} 3

date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision of the Dispositive Motions or further order of the Court.

4. In accordance with LR 26-4, any stipulations or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days before expiration of the subject deadlines.

DATED this 19th day of June 2015.

/s/ *Craig Friedberg*
Craig B. Friedberg
4760 Pecos Rd., Suite 103
Las Vegas, NV 89121
and
Lucius J. Wallace
Robert David Humphreys
Humphreys Wallace Humphreys P.C.
Tulsa, OK 74137
*Attorneys for Plaintiff*

| BROOKS HUBLEY LLP | AKERMAN, LLP |
|---|---|
| /s/ *Rami Hernandez* | /s/ *Darren Brenner* |
| Gregg A. Hubley | Darren Brenner |
| Rami Hernandez | Allison Schmidt |
| 1645 Village Center Circle, Suite 200 | 1160 Town Center Dr., Suite 330 |
| Las Vegas, NV 89134 | Las Vegas, NV 89144 |
| *Attorneys for Defendant Green Tree Servicing, LLC* | *Attorneys for Defendant Bank of America, N.A.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-26-2015