Michael R. Brooks, Esq.
Nevada Bar No. 7287
E-mail: mbrooks@brookshubley.com
Gregg A. Hubley, Esq.
Nevada Bar No. 7386
E-mail: ghubley@brookshubley.com
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
E-mail: rhernandez@brookshubley.com
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel:   (702) 851-1191
Fax:   (702) 851-1198

Regina J. McClendon, Esq.
(*Admitted Pro Hac Vice*)
E-mail: rmcclendon@lockelord.com
**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Tel:   (415) 318-8804
Fax:   (415) 707-2186

*Attorney for the Defendant, Green Tree Servicing LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL M. GONZALES,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>    Defendants. | Case No.:   2:14-cv-00088-GMN-(VCF) |

## **STIPULATION AND ORDER**

Defendant Green Tree Servicing, LLC ("Green Tree") by and through its counsel of

Page 1 of 2

1210-0060/160931.doc

record, and Plaintiff Paul Gonzales ("Plaintiff"), by and through his counsel of record, hereby stipulate as follows:

The time for Green Tree to respond to Plaintiff's Amended and Supplemental Complaint shall be extended from the current due date of September 11, 2015 to September 25, 2015.

| HUMPHREYS WALLACE HUMPHREYS PC | BROOKS HUBLEY, LLP |
|---|---|
| By: __/s/ Craig B. Friedberg__<br>Robert David Humphreys<br>Lucius James Wallace<br>9202 South Toledo Avenue<br>Tulsa, Oklahoma 74137<br><br>CRAIG B. FRIEDBERG<br>4760 S. Pecos Rd., Ste. 103<br>Las Vegas, Nevada 89121<br>*Attorneys for Plaintiff* | By: __/s/ Rami M. Hernandez__<br>Michael R. Brooks, Esq.<br>Gregg A. Hubley, Esq.<br>Rami M. Hernandez Esq.<br><br>**LOCKE LORD LLP**<br>Regina J. McClendon, Esq.<br>*Attorneys for the Defendant,*<br>*Green Tree Servicing LLC* |

**IT IS SO ORDERED.**

DATED this __10th__ day of September, 2015.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate