ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

and

JON H. PATTERSON, ESQ.
Alabama Bar No. ASB-4981-J69P
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Ave North
Birmingham, Alabama 35203
Telephone: (205) 251-8403
Facsimile: (205) 488-6403
Email: jpatterson@babc.com

KATHERINE M. KLIEBERT, ESQ.
North Carolina Bar No. 42979
100 N. Tryon Street, Suite 2690
Charlotte, North Carolina 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
Email: kkliebert@babc.com
*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL M. GONZALES, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC; DOE DEFENDANTS I through V; ROE DEFENDANTS VI through X, inclusive, <br><br> Defendants. | Case No. 2:14-cv-00088-GMN-(VCF) <br><br> **STIPULATION AND ORDER** |

{36163374;1}

Defendant Bank of America, N.A. ("BANA") by and through its counsel of record, and Plaintiff Paul Gonzales ("Plaintiff"), by and through his counsel of record, hereby stipulate as follows:

The time for BANA to respond to Plaintiff's Amended and Supplemental Complaint shall be extended from the current due date of September 11, 2015 to September 25, 2015.

DATED this 11th day of September 2015.

| LAW OFFICES OF CRAIG B. FRIEDBERG | AKERMAN LLP |
|---|---|
| /s/ *Craig Friedberg* | */s/ Allison R. Schmidt* |
| CRAIG B. FRIEDBERG, ESQ. | ARIEL E. STERN, ESQ. |
| 4760 Pecos Rd., Suite 103 | ALLISON R. SCHMIDT, ESQ. |
| Las Vegas, NV 89121 | 1160 Town Center Dr., Suite 330 |
| -and- | Las Vegas, NV 89144 |
| HUMPHREYS WALLACE HUMPHREYS P.C. | -and- |
| LUCIUS J. WALLACE, ESQ., pro hac vice | BRADLEY ARANT BOULT CUMMINGS, LLP |
| ROBERT DAVID HUMPHREYS, ESQ., pro hac vice | JON H. PATTERSON, ESQ. pro hac vice |
| Tulsa, OK 74137 | KATE KLIEBERT, ESQ. pro hac vice |
| *Attorneys for Plaintiff* | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |
| | *Attorneys for Defendant Bank of America, N.A* |

## ORDER

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: September 14, 2015

{36163374;1}                    2