1  CRAIG B. FRIEDBERG, ESQ.
   Nevada Bar No. 004606
2  Law Offices of Craig B. Friedberg, Esq.
   4760 South Pecos Road, Suite 103
3  Las Vegas, Nevada 89121
   Phone: (702) 435-7968; Fax: (702) 946-0887
4  Email: attcbf@cox.net
   -and-
5  LUCIUS J. WALLACE [OK Bar No. 16070]
   ROBERT DAVID HUMPHREYS [OK Bar No. 12346]
6  Humphreys Wallace Humphreys P.C.
   9202 South Toledo Avenue
7  Tulsa, Oklahoma 74137
   Tel: 918-747-5300; Fax:
8  Email: Luke@hwh-law.com / David@hwh-law.com

9  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL M. GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., GREEN TREE SERVICING, LLC; DOE DEFENDANTS I through V; ROE DEFENDANTS VI through X, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-0088-GMN-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff PAUL M. GONZALES and Defendants BANK OF AMERICA, N.A. and GREEN TREE SERVICING, LLC (now known as Ditech Financial LLC), by and through their undersigned attorneys, hereby stipulate and agree that this action is hereby dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and expenses.

DATED this 9th day of December 2015.

/s/ Lucius Wallace
CRAIG B. FRIEDBERG, ESQ.
Law Offices of Craig B. Friedberg, Esq.
-and-
LUCIUS J. WALLACE, ESQ.
ROBERT DAVID HUMPHREYS, ESQ.
Humphreys Wallace Humphreys P.C.
*Attorneys for Plaintiff*

*Gonzales v. Bank of America, et al.*, Case No. 2:14-cv-0088
Stipulation and Order of Dismissal With Prejudice

DATED this 9th day of December 2015.    DATED this 9th day of December 2015.

/s/ *Regina McClendon*                   /s/ *Jon Patterson*
GREGG A. HUBLEY, ESQ.                    DARREN T. BRENNER, ESQ.
Brooks Hubley LLP                        Akerman, LLP
    -and-                                -and-
REGINA J. McCLENDON, ESQ.                JON H. PATTERSON, ESQ.
Locke Lord, LLP                          Bradley Arant Boult Cummings, LLP

*Attorneys for Defendant Ditech Financial,*   *Attorneys for Defendant Bank of America,*
*LLC f/k/a Green Tree Servicing, LLC*         *N.A.*

## ORDER

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
Chief United States District Judge

DATED: December 29, 2015

- 2 -

*Left margin:* Law Office of CRAIG B. FRIEDBERG, ESQ. 4760 SOUTH PECOS ROAD, SUITE 103, LAS VEGAS, NEVADA 89121 (702) 435-7968 Telecopier (702) 946-0887